UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jennifer L. Parker,　　　　　　　　　　　　　Civil 07-33 DSD/FLN

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　O R D E R

Michael J. Astrue, Commissioner
of Social Security,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 5, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [#12 ] is GRANTED;

2. Defendant's Motion for Summary Judgment [#19 ] is DENIED;

3. This case is remanded pursuant to the fourth sentence of Section 205(g), 42 U.S.C. § 405(g);

4. Upon remand the Commissioner is directed to conduct proceedings to further evaluate the medical evidence of record; in particular, the claimant will be provided notice and opportunity to attend any hearing before the administrative law judge; the administrative law judge will address and evaluate the opinion evidence provided by Dr. Hanson, reevaluate Plaintiff's residual functional capacity, and as appropriate, take any further action needed to complete the administrative record and issue a new decision.

DATED:  March 14, 2008.　　　　　s/David S. Doty
at Minneapolis, Minnesota　　　　　JUDGE DAVID S. DOTY
　　　　　　　　　　　　　　　　　　United States District Court