UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jennifer L. Parker,                              Civil 07-33 DSD/FLN

       Plaintiff,

       v.                                          O R D E R

Michael J. Astrue,
Commissioner of Social Security,

       Defendant.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 26, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. The petition of Plaintiff's counsel for attorneys' fees and costs pursuant to 28 U.S.C. §2412 is GRANTED; and

2. The Government is ordered to pay Plaintiff's attorney $7,685.78 in fees and costs.


DATED: September 18, 2008          s/David S. Doty_____
at Minneapolis, Minnesota           JUDGE DAVID S. DOTY
                                            United States District Court